IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                          CASE NO.: 1:05cr40-SPM

YAIMA GONZALEZ,

    Defendant.
_____/

## ORDER CONTINUING SENTENCING

For good cause shown, Defendant Yaima Gonzalez's unopposed motion to continue sentencing (doc. 327) is granted. The sentencing hearing for Defendant Yaima Gonzalez is reset for 1:30 p.m. on October 2, 2006.

SO ORDERED this 31st day of August, 2006.

          *s/ Stephan P. Mickle*
          Stephan P. Mickle
          United States District Judge