IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                                  CASE NO.: 1:05cr40-SPM

YAIMA GONZALEZ,

     Defendant.
_____/

### ORDER CONTINUING SENTENCING

For good cause shown, Defendant Yaima Gonzalez's unopposed motion to continue sentencing (doc. 345) is granted. The sentencing hearing for Defendant Yaima Gonzalez is reset for 1:30 p.m. on November 6, 2006.

SO ORDERED this 28th day of September, 2006.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge