IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                          CASE NO.: 1:05cr40-SPM

YAIMA GONZALEZ,

      Defendant.
_____/

## ORDER CONTINUING SENTENCING AND SETTING HEARING

Upon consideration of Defendant Yaima Gonzalez's Motion to Continue Sentencing (doc. 406), it is

ORDERED AND ADJUDGED:

1. The motion (doc. 406) is granted. The sentencing hearing is continued to 1:30 p.m. on March 5, 2007.

2. An evidentiary hearing on Defendant's motion to withdraw plea is scheduled for 1:30 p.m. on February 5, 2007. Thirty minutes are reserved.

DONE AND ORDERED this 2nd day of February, 2007.

                                *s/ Stephan P. Mickle*
                                Stephan P. Mickle
                                United States District Judge