IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                          CASE NO.: 1:05cr40-SPM

YAIMA GONZALEZ,

      Defendant.
_____/

## ORDER CONTINUING EVIDENTIARY HEARING

Upon consideration of Defendant Yaima Gonzalez's Motion to Continue Evidentiary Hearing (doc. 408), it is

ORDERED AND ADJUDGED:

1.    The motion (doc. 408) is granted.

2.    The evidentiary hearing is continued to 1:00 p.m. on Tuesday, February 13, 2007.  Thirty minutes are reserved.

DONE AND ORDERED this 5th day of February, 2007.

                *s/ Stephan P. Mickle*
                Stephan P. Mickle
                United States District Judge