IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.	CASE NO.: 1:05cr40-SPM

YAIMA GONZALEZ,

    Defendant.
_____/

**ORDER CONTINUING SENTENCING**

Upon consideration of Defendant Yaima Gonzalez's Motion to Continue Sentencing (doc. 463), it is

ORDERED AND ADJUDGED:

1.    The motion (doc. 463) is granted.

2.    The sentencing hearing is continued to 2:30 p.m. on Tuesday, November 6, 2007.

DONE AND ORDERED this 1st day of November, 2007.

    *s/ Stephan P. Mickle*
    Stephan P. Mickle
    United States District Judge