IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                        CASE NO. 1:05cr40 SPM

YAIMA GONZALEZ
_____/

## JUDGMENT OF ACQUITTAL

The Defendant was found not guilty as to Counts 3 and 4 of the Superseding Indictment. IT IS ORDERED that the Defendant is acquitted and discharged as to Counts 3 and 4.

DONE AND ORDERED this <u>16th</u> day of November, 2007.

                                                    *s/ Stephan P. Mickle*
                                                    Stephan P. Mickle
                                                    United States District Judge