IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**UNITED STATES OF AMERICA**

        Plaintiff

vs.   Case No. 1:05cr40-SPM

**YAIMA GONZALEZ**

        Defendant

_____/

## FINAL ORDER OF FORFEITURE

THIS CAUSE CAME before the Court on the Motion of the United States of America for a Final Order Of Forfeiture. Being fully advised in the premises, the Court finds as follows:

WHEREAS, on November 5, 2007, this Court entered a Preliminary Order Of Forfeiture against the following property:

    **A.   Real Property, including all improvements thereon and appurtenances thereto, located at 3290 SE County Road 337, Trenton, Florida, more particularly described in Exhibit A.**

pursuant to the provisions of 21 U.S.C. § 853; and

WHEREAS, beginning January 12, 2008, the United States of America caused notice of this forfeiture action and the intent of the government to dispose of the property to be published on an official Internet government forfeiture site, www.forfeiture.gov, for at least 30 consecutive days; and

WHEREAS, on or about January 14, 2008, First Federal Bank of North Florida filed a

petition based on a mortgage it owns encumbering the subject property; and

WHEREAS, the United States of America recognizes First Federal Bank of North Florida's interest in the subject property; and

WHEREAS, no other persons or entities having an interest in the above-referenced property have filed petitions, it is hereby

**ORDERED, ADJUDGED and DECREED** that the right, title and interest to the above-referenced property, is hereby condemned, forfeited and vested in the United States of America, subject only to the mortgage of First Federal Bank of North Florida, and shall be disposed of in accordance with the law.

DONE AND ORDERED this   16th   day of   April  , 2008.

*s/ Stephan P. Mickle*

Stephan P. Mickle
United States District Judge