IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 1:05-cr-40-SPM-AK

YAIMA GONZALEZ,

    Respondent.

_____/

## REPORT AND RECOMMENDATION

This matter is before the Court on Docs. 540 and 544, Defendant's "Notice of Change of Circumstances" and "Second Notice of Change of Circumstances." Defendant is in the custody of the Bureau of Prisons pursuant to her conviction for conspiracy and manufacturing and possessing with intent to distribute marijuana, and is presently incarcerated at FMC Carswell, Fort Worth, Texas. Defendant has filed a motion pursuant to § 2255 that is presently pending before the Court. In the instant Notices, Defendant alleges that she is being treated at FMC Carswell for cancer, and she moves for "emergency release to her home in Florida where she may be cared for by her family and receive cancer treatment from local medical facilities[.]" Doc. 544.

The Court construes Defendant's Notices as motions for either compassionate release or pre-release custody to home confinement. Such relief can only be granted upon motion of the Director of the Bureau of Prisons, and upon a showing of extraordinary or compelling circumstances.[1] Because the Bureau of Prisons has not

---

[1] See 18 U.S.C. 3582(c)(1)(A) (allowing the sentencing court, on motion of the Director of the Bureau of Prisons, to reduce an inmate's term of imprisonment, provided that there are extraordinary or compelling circumstances that could not be foreseen at the time the inmate was sentenced); see also 18 U.S.C. 3624(c) (giving the Bureau of Prisons the discretion to release an inmate to home confinement for six months of the last 10 per centum of the term to be served).

filed such a motion, there is no basis for the Court to grant the relief sought by Defendant.

Accordingly, it is respectfully **RECOMMENDED** that Defendant's Notices, Docs. 540 and 544, construed as motions for compassionate release or pre-release custody to home confinement, be **DENIED.**

**IN CHAMBERS** this **19th** day of January 2010.

*s/ A. KORNBLUM*
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**