IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v. CASE NO.: 1:05cr40-SPM

YAIMA GONZALEZ,

    Defendant.
_____/

## **ORDER**

This cause comes before the Court for consideration of the Magistrate Judge's Report and Recommendation (doc. 545) dated January 19, 2010. Defendant has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is ORDERED as follows:

1. The magistrate judge's report and recommendation (doc. 545) is ADOPTED and incorporated by reference in this order.

2. Defendant's notices (doc. 540 and 544), construed as motions for

compassionate release or pre-release custody to home confinement, are denied.

DONE AND ORDERED this 24th day of February, 2010.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge

CASE NO.: 1:05cr40-SPM