IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 1:05cr40-SPM

YAIMA GONZALEZ,

    Defendant.
_____/

**ORDER DENYING MOTION TO AMEND SENTENCE UNDER 3582(c)(2)**

    This cause comes before the Court on Defendant Yaima Gonzalez's motion to amend her sentence under Title 18, United States Code, Section 3582(c)(2), based on the now advisory nature of the guidelines. For the following reasons, the motion must be denied.

    1. The decision in <u>United States v. Booker</u>, 543 U.S. 220 (2005) that made the sentencing guidelines advisory does not allow the Court to reduce Defendant's sentence under § 3582(c)(2). <u>United States v. Dillon</u>, 130 S.Ct. 2683 (2010).

    2. Defendant's sentencing range was determined by the 5-year minimum mandatory, making her ineligible for a reduction under § 3582(c)(2). <u>United States</u>

v. Mills, 613 F.3d 1070 (11th Cir. 2010).

Based on the foregoing, it is

ORDERED AND ADJUDGED: the Motion to Amend 3582(c), doc. 559, is denied.

DONE AND ORDERED this 1st day of March, 2011.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge

CASE NO.: 1:05cr40-SPM